U.S. DIST...
WESTERN DIST... ...ISIANA
...RECE...

MAR ...

ROBERT ...                    ...LERK
BY ___

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

LAURA DUFOUR                                       CIVIL ACTION NO. 07-0725

VERSUS                                     U.S. DISTRICT JUDGE DEE D. DRELL

BLUE CROSS, et al.                  U.S. MAGISTRATE JUDGE JAMES D. KIRK


## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion for Summary Judgment, Doc. 10, is GRANTED and Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana is dismissed without prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25 day of March, 2008.

Dee D. Drell

**UNITED STATES DISTRICT JUDGE**